AUSTIN P. NAGEL, ESQ.
California State Bar #118247
GRACE E. FELDMAN, ESQ.
California State Bar #261936
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 388
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ELDON L. STIDHAM and<br>SUZANNE L. STIDHAM,<br><br>    Debtors.<br>_____/ | Case No. 10-45094 LJT-13<br>(Chapter 13 Proceeding)<br><br>STIPULATION REGARDING POSITION OF SECURED CREDITOR, WELLS FARGO BANK, N.A. IN 3401 AUGUSTA COURT, HAYWARD, CA 94542, AS TO THE SECOND DEED OF TRUST |

    IT IS HEREBY STIPULATED AND AGREED TO between the parties hereto, by and through their respective counsel, as follows:

    1.    The parties hereto agree that Secured Creditor, WELLS FARGO BANK, N.A., (hereinafter referred to as "Secured Creditor") is the holder of a Second Deed of Trust on the real property located at and commonly known as 3401 Augusta Court, Hayward, CA 94542, (the "Subject Property").

2. At the time the above-entitled bankruptcy was commenced, Debtors, ELDON L. STIDHAM and SUZANNE L. STIDHAM (hereinafter collectively referred to as "Debtor") were the owners of the Subject Property.

3. As of the commencement of the above-referenced bankruptcy, the subject property had a fair market value that did not exceed $500,000.00. Moreover, at the time of the commencement of the above bankruptcy proceeding, Aurora Loan Services held a first Deed of Trust against the Subject Property in an amount equal to or greater than $516,000.00.

4. In view of the current replacement value of the Subject Property as defined by 11 U.S.C. §506, being no more than $500,000.00 and such value being subject to a First Deed of Trust senior to Secured Creditor herein, the parties hereto agree that the amount of Secured Creditor's secured claim in the above-entitled bankruptcy is zero and is unsecured in the amount of $60,703.50.

5. The parties hereto agree that Secured Creditor shall, under the terms of the Stipulation, only release its secured interest as to the Second Deed of Trust in the Subject Property upon the timely completion of Debtor's Chapter 13 Plan and Discharge. In addition to the foregoing, if the above referenced case is dismissed or converted without completion of the plan, such lien shall be retained by Secured Creditor to the extent recognized by applicable non-bankruptcy law.

6. The parties hereto further agree that upon Debtor's timely completion of the above-referenced Chapter 13 Plan, and Secured Creditor's receipt of a Notice of Discharge by the Court in the above-entitled bankruptcy proceeding Secured Creditor shall deliver to Debtor's attorney of record herein, Robert C. Borris, Jr., 21550 Foothill Blvd, 2nd Fl, Hayward, CA, 94541, a Deed of Full Reconveyance of its Second Deed of Trust.

///

///

7. The parties hereto further agree that until such time as Debtor has fully completed Debtor's Chapter 13 Plan and obtained a Discharge, Secured Creditor's Deed of Trust recorded against the Subject Property shall remain in full force and effect and treated as otherwise provided for above.

| | |
|---|---|
| Dated: June 8, 2010 | ROBERT BORRIS, JR.,<br>Attorney at Law |
| | /s/ Robert Borris<br>_____<br>Attorneys for Debtor,<br>ELDON L. STIDHAM and<br>SUZANNE L. STIDHAM |
| Dated: June 11, 2010 | LAW OFFICES OF<br>AUSTIN P. NAGEL |
| | /s/ Grace E. Feldman<br>Attorneys for Secured Creditor,<br>WELLS FARGO BANK, N.A. |

WFBBK.884