**Entered on Docket
August 26, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: August 26, 2010**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

Robert C. Borris Jr., Esq.
SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

ELDON STIDHAM & SUZANNE STIDHAM,

         Debtors

Case No.: 10-45094

## ORDER GRANTING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

On July 23, 2010, Debtors filed a motion to modify their confirmed chapter 13 plan in this matter, in order to effectively amend their plan, thereby making the matter feasible. A proposed First Modified Chapter 13 Plan was mailed to all creditors with a Notice and Opportunity for

1

Hearing on July 23, the proposed First Modified Chapter 13 Plan being filed on August 24, 2010.

The court finds that notice of the motion and modified plan upon all creditors was proper. All creditors, having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) That the debtors' proposed First Modified Chapter 13 Plan, docket number 36, be confirmed.

<u>End of Order</u>

<u>Court Service List</u>

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612