# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re:                                   Case No.:   10-45094

ELDON LEROY STIDHAM                      Chapter:    13
SUZANNE LORENE STIDHAM
                                         Judge:      Roger L. Efremsky

---
**Debtor(s)**

---

## NOTICE OF MORTGAGE PAYMENT CHANGE

☐ Escrow Account
☑ Interest Rate

**Debtor's principal residence:**   3401 Augusta Court, Hayward, CA 94542

**Name of mortgage company:**   Aurora Bank FSB

**Last 4 digits of loan number:**   2208

| Current Monthly Payment | | New Monthly Payment | |
|---|---|---|---|
| Principal & Interest: | $1,397.50 | Principal & Interest: | $1,290.00 |
| Escrow Amount: | $441.40 | Escrow Amount: | $441.40 |
| **Total Payment:** | **$1,838.90** | **Total Payment:** | **$1,731.40** |
| Interest Rate: | 3.250 % | Interest Rate: | 3.000 % |
| | | Effective Date: | 11/01/2011 |

Documentation to support the decreased regular mortgage payment is attached hereto as Exhibit "A." Any questions regarding this payment change should be directed to:

Brenda Fulk, Aurora Bank FSB
_____
Name

2617 College Dr.
_____
Address

Scottsbluff, NE 69363
_____
City, State, Zip

(800) 550-0508                           /s/ William G. Malcolm
_____    _____
Telephone                                William G. Malcolm, Authorized Filing Agent for Filer

# CERTIFICATE OF SERVICE

I hereby certify that on 09/14/2011, I have served a copy of the foregoing Notice and all attachments to the following by first class mail or electronically via the Court's ECF system:

**Debtor(s):**

Eldon LeRoy Stidham, 3401 Augusta Court, Hayward, CA 94542

Suzanne Lorene Stidham, 3401 Augusta Court, Hayward, CA 94542

**Debtor's Attorney:**

Robert C. Borris Jr., 21550 Foothill Blvd 2nd Fl., Hayward, CA 94541

**Chapter 13 Trustee:**

Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540-5004

**Date:**  09/14/2011

/s/ Caitlin Kaupp

Caitlin Kaupp, Assistant Paralegal

MALCOLM ♦ CISNEROS, A Law Corporation

2112 Business Center Drive, 2nd Floor

Irvine, CA 92612

(949) 252-9400

(949) 252-1032 (FAX)

ckaupp@mclaw.org

5110


**Aurora Bank** FSB

P.O. Box 1706
Scottsbluff, NE 69363-1706
www.myAuroraLoan.com

September 1, 2011

ELDON L STIDHAM
SUZANNE L STIDHAM
3401 AUGUSTA CT
HAYWARD CA 94542-2613

RE:       Notice of Intent to Change the Interest Rate
          And/or Payment on Your Adjustable Rate Mortgage

Loan No.          2208
Index:            1 Year London Interbank Offered Rates (Libor)
                  as published in the printed version of the Wall Street Journal

Dear Customer(s):

According to the terms of your Adjustable Rate Mortgage ("ARM") the interest rate on your loan will change from 3.25000% to 3.00000% on October 1, 2011, and every 12 month(s) thereafter. Your new interest payment will change from $1,397.50 to $1,290.00 on November 1, 2011, and every 12 month(s) thereafter.

If you have set up automatic payment drafting service with Aurora Bank, then your monthly draft amount will be adjusted in accordance with the change outlined in this letter.

If you are currently making payments under an agreed upon loan workout agreement, trial period payment plan, or other formal alternative repayment arrangements, the monthly payments as outlined in your workout agreement, trial period payment plan, or other formal alternative repayment arrangements will not change. Aurora Bank is, however, required to notify you of any adjustments in the contractual interest rate and any adjustments in the contractual payments as required under the terms of your mortgage loan documents. If applicable, please continue to remit the agreed upon payment in accordance with the terms of your loan workout agreement, trial period payment plan, or other formal alternative repayment arrangements.

The current interest rate was based on an Index Value of .96094%. To determine your new interest rate we added 2.25000% to the Current Index Value of .77594% as of August 17, 2011, as stated in your ARM Note. This was then rounded to the nearest .12500%. This sum is the new interest rate of 3.00000%. The interest rate at the first Change Date will not be greater than 10.87500% nor less than 2.25000%. Thereafter, the new interest rate may not be more than 2.00000% or less than 2.00000% of the prior interest rate of 3.25000%. The original interest rate of your mortgage was 5.87500%. This interest rate may not be increased to more than 10.87500% during the life of the loan. This interest rate may not be decreased to less than 2.25000% during the life of the loan.

The new interest payment of $1,290.00 was calculated according to the amortized principal balance of $516,000.00, the new interest rate of 3.00000% and a remaining term of 276 months. The new total monthly payment will be reflected accordingly in your monthly billing statement.

Principal and interest payments will be required on your loan beginning on the date your interest only period ends, as stated in your loan documents, and those principal and interest payments will change every 12 month(s) thereafter.

This new payment amount does not include sums that may be due for taxes and insurance premiums. If your loan is an escrowed loan, meaning your monthly payment includes an amount to pay taxes and insurance premiums as they become due, they will be reflected in the billing statement you receive for the November 1, 2011 payment. Your estimated outstanding principal balance*, as of November 1, 2011, is $516,000.00, assuming all payments due and owing have been paid.

*The estimated principal balance is calculated on the payment of the MINIMUM payment due each month. If you make payments higher than the minimum payment, your principal balance may be lower than what is quoted in this letter.

In addition, your ARM Note may contain a prepayment penalty rider pursuant to which a prepayment penalty might be due in the event you make a partial principal prepayment or pay your entire loan balance in full prior to maturity. Please contact our office if you are interested in paying your loan in full and would like to know if a prepayment penalty would be due.

If you believe you will have problems paying this new monthly payment amount, please contact one of our Foreclosure Prevention Specialists to discuss any loan workout options we may be able to make available to you and indicate you are calling regarding reference code 2276.

For us to discuss this with you, you need to have the following information available when you call:
- Net and gross monthly household income
- Monthly household expense

We will review your income and expense information in light of the magnitude of your projected payment change, and if we determine that you will not be able to make the new scheduled monthly payments we will consider you eligible for an appropriate strategy that would be designed to assist you during your anticipated period of need.

We assure you that if we conclude that the payment change will mean that default is reasonably forseeable, we will work with you to consider all practicable alternatives to allow you to continue to keep your loan current.

Please review your loan documents and disclosure information to clarify any item about which you have questions. If you need additional explanation, please contact one of our Customer Service Representatives at the address on our letterhead above or by calling 800-550-0508.

Sincerely,

Special Loan Department
Aurora Bank

**Aurora Bank is a debt collector. Aurora Bank is attempting to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.**

A