WEINSTEIN, PINSON & RILEY, P.S.
Gail A. Rinaldi - SBN 133354
3830 Valley Centre Drive.
Suite. 705411
San Diego, CA 92130
Telephone: 760-846-1003
Facsimile: 858-481-0545
Email: GailR@w-legal.com
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA (Oakland)**

| | |
|---|---|
| In re:<br><br>ELDON LEROY STIDHAM AND<br>SUZANNE LORENE STIDHAM,<br><br>Debtors. | Case No. 10-45094<br><br>Chapter 13<br><br>RS No. GAR-1<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: November 5, 2014<br><br>Time: 1:30 PM<br><br>Ctrm: 201<br><br>Place: U.S. Bankruptcy Court, 1300 Clay Street, Oakland, CA 94612<br><br>Judge: The Honorable Roger L. Efremsky |

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nationstar Mortgage LLC, as servicer for Wells Fargo Bank, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-through Certificates, Series 2004-16 ("Movant"), hereby withdraws its Motion for Relief From the Automatic Stay (the "Motion"), electronically filed on July 29, 2014 Docket No. 47 in the above-referenced bankruptcy proceeding.

//

//

1

| | |
|---|---|
| 1 | A hearing on the Motion was heard on November 5th, 2014 at 1:30 PM before the Honorable Roger L. Efremsky in Courtroom 201 at the United States Bankruptcy Court located at 1300 Clay Street, Oakland, CA 94612. The motion was dismissed due to lack of prosecution. |

DATED: November 6, 2014

/s/ Gail A. Rinaldi
WEINSTEIN, PINSON & RILEY, P.S.
Gail A. Rinaldi - SBN 133354
3830 Valley Centre Drive.
Suite. 705411
San Diego, CA 92130
Telephone: 760-846-1003
Facsimile: 858-481-0545
Email: GailR@w-legal.com